NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA LYNN OSHIRO, | No. C 10-01162 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| PAUL COPENHAVER, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 18, 2010. That same day, the clerk of the Court sent a notification to Petitioner that the petition was deficient because he did not pay the filing fee or file an In Forma Pauperis Application. (Docket No. 2) Along with the notice, Petitioner was mailed the Court's In Forma Pauperis Application, instructions for completing such an application, including a certificate of funds form completed and signed by a prison official, and a return envelope. Petitioner was informed that failure to respond within thirty days of the notice would result in the dismissal of this action.

On April 6, 2010, Petitioner filed a letter stating that payment would be sent "within 2-3 weeks." (Docket No. 3.) Approximately two months has passed since

1  Petitioner's letter, and Petitioner has failed to submit payment or file a completed <u>In</u>
2  <u>Forma</u> <u>Pauperis</u> Application.
3     Accordingly, this case is DISMISSED without prejudice for failure to pay the
4  filing fee or file a completed <u>In</u> <u>Forma</u> <u>Pauperis</u> Application.
5     IT IS SO ORDERED.
6  Dated:   6/7/10
             JEREMY FOGEL
7            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WANDA LYNN OSHIRO,

        Petitioner,

v.

PAUL COPENHAVER, Warden,

        Respondent.

Case Number: CV10-01162 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/17/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Wanda Lynn Oshiro 94564-022
Satellite Prison Camp
5675 8th Street Camp Park
Dublin, CA 94568

Dated: 6/17/10

Richard W. Wieking, Clerk